■ In the Matter of MICHAEL G., Appellant. — Order of the Family Court, Kings County (Jurow, J.), dated November 15, 1982, affirmed, without costs or disbursements (see *People v Santiago,* 62 AD2d 572, affd 48 NY2d 1023; *People v Cephas,* 110 Misc 2d 1075). Mollen, P. J., Damiani, Mangano and Gulotta, JJ., concur.